■ In the Matter of AERIOL H., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHALEENA H., Appellant, et al., Respondent. [761 NYS2d 923] —Appeal from an order of Family Court, Erie County (Rosa, J.), entered September 26, 2001, which adjudged that respondents' child is an abused child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Erie County, Rosa, J. Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.